JOAN M. QUIGLEY, as Administratrix of the Estate of CHARLES J. QUIGLEY, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 30521.)
JOAN M. QUIGLEY, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 30522.)

Argued January 14, 1955; decided March 10, 1955.

*John W. Tabner* and *Nathan M. Medwin* for appellant.

*Jacob K. Javits, Attorney-General (John R. Davison* and *Henry S. Manley* of counsel), for respondent.

In each action: Judgment affirmed; no opinion.

Concur: Conway, Ch. J., Desmond, Dye, Fuld, Froessel, Van Voorhis and Burke, JJ.